UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **FAIED MOHAMED FARIED HAFEZ AND NAHED KHEDR MOHAMED SOLIMAN,** *Plaintiffs*, | § § § § § |
| VS. | § CIVIL ACTION NO. 4:25-cv-4000 § |
| **ENGY FAIED HAFEZ AND DR. MOUSTAFA MOHAMED AHMED,** *Defendants.* | § § JURY DEMANDED § |

### NOTICE OF APPEARANCE OF MANSOOR BROACHWALA ON BEHALF OF DEFENDANTS ENGY FAIED HAFEZ AND DR. MOUSTAFA MOHAMED AHMED

Please take notice that the following attorney is appearing in this action on behalf of Defendants Engy Faied Hafez and Dr. Moustafa Mohamed Ahmed.

Mansoor Broachwala
**LAW OFFICES OF MANSOOR BROACHWALA LLC**
Illinois State Bar No. 6326633
Fed. Id. No. 3943228
19 E. 20th Street Lombard IL 60148
Phone (713) 565-1353
Fax (713) 583-8715
Email: mansoor@esslawpartners.com

Mr. Broachwala should be added as counsel to receive all pleadings, orders, and judgments in this action.

Respectfully submitted,

**EDWARDS SUTARWALLA SAMANI LLP**

By: */s/*
Mansoor Broachwala
Illinois State Bar No. 6326633
Fed. Id. No. 3943228

Murtaza F. Sutarwalla
State Bar No. 24056398
Fed. Id. No. 2589991
**Attorney in Charge**

**Of Counsel**
George Edwards III
State Bar No. 24055438
Fed. Id. No. 1031248
Zeshaan Samani
State Bar No. 24083783
Fed. Id. No. 3908130
Nadine Alkiswany
State Bar No. 24128589
Fed. Id. No. 3894475
Mansoor Broachwala
Illinois State Bar No. 6326633
Fed. Id. No. 3943228

602 Sawyer St., Suite 490
Houston, Texas 77007
Office: 713-565-1353
Fax :713-583-8715
Email: murtaza@esslawpartners.com
Email: george@esslawpartners.com
Email: zeshaan@esslawpartners.com
Email: nadine@esslawpartners.com
Email: jacob@esslawpartners.com
Email: mansoor@esslawpartners.com

**ATTORNEYS FOR DEFENDANTS ENGY FAIED HAFEZ AND DR. MOUSTAFA MOHAMED AHMED**

## CERTIFICATE OF SERVICE

I certify that all counsel of record who are Filing Users of the Electronic Case Files System of the Southern District of Texas have been served a true and correct copy of the foregoing by electronic submission for filing on January 16, 2026.

/s/ Mansoor Broachwala
Mansoor Broachwala